IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kareem Ashe,<br>5906 Clay Street, N.E.<br>Washington, D.C. 20019 | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No. |
| v. | )<br>) | |
| Giant of Maryland, LLC,<br>6300 Sheriff Road<br>Landover, Maryland 20785 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for defendant Giant of Maryland, LLC, certify that to the best of my knowledge and belief, the following is the only parent company, subsidiary or affiliate of Giant of Maryland, LLC, which has any outstanding securities in the hands of the public: Koninklijke Ahold NV, a publicly traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 28, 2005

                                                               Edward R. Levin (D.C. Bar No. 7823)
                                                               Henry A. Platt (D.C. Bar. No. 425994)
                                                                Schmeltzer, Aptaker & Shepard, P.C.
                                                                2600 Virginia Ave., N.W., Ste. 1000
                                                                Washington, DC 20037-1922
                                                                (202) 333-8800

                                                                Attorneys for Defendant
                                                                Giant of Maryland, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **CERTIFICATE UNDER LCvR 7.1** was served by first class U.S. Mail, postage prepaid, this 28th day of December, 2005, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C. 20019

*/s/ Edward R. Levine*

BO4124