AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kareem Ashe

        Plaintiff(s)     )
)  **APPEARANCE**
)
)
        vs.     )  CASE NUMBER  1:05CV02473(JDB)

Giant of Maryland, LLC

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Henry A. Platt** as counsel in this
(Attorney's Name)

case for: **Defendant Giant of Maryland, LLC**
(Name of party or parties)

January 5, 2006
Date

*[Signature]*
Signature

425994
BAR IDENTIFICATION

Henry A. Platt, Schmeltzer, Aptaker & Shepard, P.C.
Print Name

2600 Virginia Ave, N.W., Ste. 1000
Address

Washington, D.C.  20037
City    State    Zip Code

(202) 333-8800
Phone Number

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **APPEARANCE OF HENRY A. PLATT** was served by first class U.S. Mail, postage prepaid, this 5th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

Kareem Ashe
5906 Clay Street, N.E.
Washington, D.C. 20019

_____

BP0452