IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kareem Ashe, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05CV2473 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| Giant of Maryland, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT GIANT'S MOTION TO DISMISS**

Upon review of Defendant Giant of Maryland LLC's Motion to Dismiss, Defendant's Statement of Points and Authorities in Support of its Motion to Dismiss, the Declaration of Bart P. Plano, any opposition thereto, and for good cause shown, it is hereby ORDERED THAT:

Defendant's Motion To Dismiss is GRANTED, in its entirety, and the case is hereby DISMISSED, with prejudice, in accordance with Fed. R. Civ. P. 12 (b) (1) and (6).

IT IS SO ORDERED.


DATED: _____


_____
Honorable John D. Bates
United States District Judge

1

2

Copies to be sent to:

Edward R. Levin (D.C. Bar No. 7823)
Henry A. Platt (D.C. Bar. No. 425994)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Ave., N.W., Ste. 1000
Washington, DC 20037-1922
Attorneys for Defendant

Kareem Ashe
5906 Clay Street, N.E.
Washington, D.C. 20019
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **PROPOSED ORDER GRANTING DEFENDANT GIANT'S MOTION TO DISMISS** was served by first class U.S. Mail, postage prepaid, this 5th day of January, 2006, on Plaintiff, *pro se*, addressed as follows:

>Kareem Ashe
>5906 Clay Street, N.E.
>Washington, D.C. 20019

>_____/s/ Edward R. Levin_____

*BP0450*