IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

KAREEM ASHE )
)
    Plaintiff )
)
    v. ) CA No. 05CV2473 (JDB)
)
GIANT OF MARYLAND, LLC. )
)
    Defendant )
)

ORDER

The foregoing Motion To Deny Defendant's Motion, having been read and considered, and good cause having been found, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia

ORDERED that Plaintiff Ashe's Motion be **GRANTED**

SO ORDERED

_____
United States District Judge
for the District of Columbia

CC:

Kareem Ashe
5906 Clay Street
Washington, D.C.  20019

Edward R. Levin, and Henry A. Platt
Schmeltzer, Aptaker & Shepard
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C.  20037-1922

Respectfully submitted February 28, 2006

*[signature]*
Kareem Ashe
Pro se Plaintiff

*[Received stamp: 2006 FEB 28 PM 5:48, NANCY M. MAYER-WHITTINGTON CLERK, U.S. DISTRICT COURT DISTRICT OF COLUMBIA]*