IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareem Ashe, )
 )
      Plaintiff, ) Civil Action No. 05CV2299 (JDB)
 )
v. )
 )
Giant of Maryland, LLC, )
 )
      Defendant. )

### SECOND DECLARATION OF BART P. PLANO
### IN SUPPORT OF DEFENDANT GIANT'S MOTION TO DISMISS

I, Bart P. Plano, hereby declare as follows:

1) I am a competent adult resident of the State of Maryland. I make this declaration from my own personal knowledge, and information obtained upon investigation in the regular course of my employment.

2) I am employed as a Fair Employment Senior Investigator and Compliance Analyst for Giant of Maryland LLC, a Maryland limited liability company with its principal place of business in Maryland. Giant of Maryland LLC operates and manages all retail food stores in the Maryland, Virginia, Delaware and Washington, D.C. areas, collectively known as "Giant." I have been employed in this capacity since March 1, 2000, and in the regular course of my duties have become thoroughly familiar with matters relating to the employment and termination from employment of Kareem Ashe.

3) I have carefully examined the personnel records of Mr. Ashe including each electronic time card record for each week that he worked for Giant. Those time records show the

location or Giant facility where the employee worked. The records show that Mr. Ashe did not work in any Giant store within the District of Columbia at any time during his employment.

4) I have also questioned the individuals who supervised Mr. Ashe and who were responsible for his job assignments. Those individuals affirm that he worked only in Maryland and was never assigned to work in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of March, 2006.

_____
Bart P. Plano